IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:03CR112 |
| v. | ) | |
| SCOTT LANE, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court for final disposition of a Petition for Warrant or Summons for Offender Under Supervision filed on March 22, 2007 (Filing No. 47). The defendant appeared before the Court on November 2, 2007, and admitted allegations one, two, and six. The Court accepts the admission of the defendant and finds that the defendant has violated the conditions of his supervision. The Court further finds that defendant's supervised release should be continued for a period of two years with the additional requirement that he complete the structured program offered by Williams Prepared Place, 3525 Evans Street, Omaha, Nebraska, which requires at least an eight-month commitment in order for him to satisfactorily complete the program. Accordingly,

IT IS ORDERED:

1) Defendant's supervised release is continued for a period of two years, subject to the terms and conditions of supervised release previously imposed and as modified in this order.

2) The allegations three, four, and five of the petition filed by probation are dismissed on motion of the government.

Dated this 13th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court